IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

NELLA REBELLO as Administrator of the Estate of ANDREA REBELLO, NELLA REBELLO, individually, FERNANDO REBELLO and JESSICA REBELLO,

        Plaintiffs,

    -against-

POLICE OFFICER NIKOLAS BUDIMLIC, POLICE OFFICER NICHOLAS ZAHARIS, COUNTY OF NASSAU, DETECTIVE MARTIN J. HELMKE, POLICE OFFICER JOSEPH AVANZATO, POLICE OFFICER MICHAEL LEONE, POLICE OFFICER MARLON SANDERS, POLICE OFFICER JOSEPH LOBELLO, POLICE OFFICER CHRISTOPHER ACQUILINO, POLICE OFFICER RAYMOND BUTTACAVOLI, POLICE OFFICER DANIEL HEALEY, POLICE OFFICER DENNIS WUNSCH, POLICE OFFICER RONALD RUSSO, POLICE OFFICER D. STELLER, POLICE OFFICER THOMAS CURTAIN, POLICE OFFICER JOHN TUCKER, POLICE SERGEANT ROBERT COHEN, POLICE SERGEANT RICHARD HERMAN, POLICE OFFICER J. SCHOEPFER, POLICE OFFICER E. JACOBSEN, POLICE OFFICER D. MCGARRIGLE, THOMAS DALE, former Commissioner of the Nassau County Police Department, DETECTIVE FREDERICK GOLDMAN, DETECTIVE FRANK RUVULO, DETECTIVE JAMES HENDRY, DETECTIVE PAUL PICH, DETECTIVE MICHAEL MALONEY, DETECTIVE BUFFALINO, DETECTIVE SERGEANT AQUILINA, LT. JOHN AZZATA, CHIEF LORRAINE HANNON, Chief Of Support, DEPUTY INSPECTOR JOSEPH MAGRANE, Commanding Officer, 1st Precinct, DEPUTY INSPECTOR DANIEL FLANAGAN, Commanding Officer, Police Academy, LIEUTENANT HARUN BEGIS, Commanding

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P.**
Fed. R. Civ. P. 41(a)(1)(A)(i)

16 Civ. 02484 (JMA)(AKT)

Officer, Firearms Training Unit, DETECTIVE
SERGEANT STEPHEN FITZPATRICK,
Homicide Squad, JOHN DOE POLICE OFFICERS
1-10; RICHARD ROE POLICE SUPERVISORS
1-10; JOHN DOES; and RICHARD ROES,

                        Defendants.
-----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Nella Rebello, as Administrator of the Estate of Andrea Rebello, Nella Rebello, individually, Fernando Rebello, individually, and Jessica Rebello, and/or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed *with prejudice* against Defendants Police Office Nikolas Budimlic, Police Office Nicholas Zaharis, County of Nassau, Detective Martin J. Helmke, Police Officer Joseph Avanzato, Police Officer Micheal Leone, Police Officer Marlon Sanders, Police Officer Joseph Lobello, Police Officer Christopher Acquilino, Police Officer Raymond Buttacavoli, Police Officer Daniel Healey, Police Officer Dennis Wunsch, Police Officer Ronald Russo, Police Officer Officer D. Stellar, Police Officer Thomas Curtain, Police Officer John Tucker, Police Sergeant Robert Cohen, Police Sergeant Richard Herman, Police Officer J. Schoepfer, Police Officer E. Jacobsen, Police Officer D. McGarrigle, Thomas Dale, former Commissioner of the Nassau County Police Department, Detective Frederick Goldman, Detective Frank Ruvulo, Detective James Hendry, Detective Paul Pich, Detective Michael Maloney, Detective Buffalino, Detective Sergeant Aquilina, Lt. John Azzata, Chief Lorraine Hannon, Chief Of Support, Deputy Inspector Joseph McGrane, Commanding Officer, 1st Precinct, Deputy Inspector Daniel Flanagan, Commanding Officer, Police Academy, Lieutenant Harun Begis, Commanding Officer, Firearms Training Unit, Detective Sergeant Stephen

Fitzpatrick, Homicide Squad, John Doe Police Officers 1-10; Richard Roe Police Supervisors 1-10; John Does and Richard Roes.

Dated: September 21, 2017

_____
David A. Roth
*Counsel for Plaintiffs*
Roth & Roth LLP
192 Lexington Avenue, Suite 1208
New York, New York 10016
(212) 425-1020

_____
Byron Lassin
*Counsel for Plaintiffs*
Law Offices of Byron Lassin
202-19 Jamaica Avenue
Hollis, New York 11423
(718) 651-0262

*So Ordered:*

_____
**Joan M. Azrack, U.S.D.J.**