## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

NELLA REBELLO as Administrator of the Estate
of ANDREA REBELLO, NELLA REBELLO,
individually, FERNANDO REBELLO and
JESSICA REBELLO,

        Plaintiffs,

    -against-

POLICE OFFICER NIKOLAS BUDIMLIC,
POLICE OFFICER NICHOLAS ZAHARIS,
COUNTY OF NASSAU, DETECTIVE MARTIN
J. HELMKE, POLICE OFFICER JOSEPH
AVANZATO, POLICE OFFICER MICHAEL
LEONE, POLICE OFFICER MARLON
SANDERS, POLICE OFFICER JOSEPH
LOBELLO, POLICE OFFICER CHRISTOPHER
ACQUILINO, POLICE OFFICER RAYMOND
BUTTACAVOLI, POLICE OFFICER DANIEL
HEALEY, POLICE OFFICER DENNIS
WUNSCH, POLICE OFFICER RONALD
RUSSO, POLICE OFFICER D. STELLER,
POLICE OFFICER THOMAS CURTAIN,
POLICE OFFICER JOHN TUCKER, POLICE
SERGEANT ROBERT COHEN, POLICE
SERGEANT RICHARD HERMAN, POLICE
OFFICER J. SCHOEPFER, POLICE OFFICER
E. JACOBSEN, POLICE OFFICER D.
MCGARRIGLE, THOMAS DALE, former
Commissioner of the Nassau County Police
Department, DETECTIVE FREDERICK
GOLDMAN, DETECTIVE FRANK RUVULO,
DETECTIVE JAMES HENDRY, DETECTIVE
PAUL PICH, DETECTIVE MICHAEL
MALONEY, DETECTIVE BUFFALINO,
DETECTIVE SERGEANT AQUILINA, LT. JOHN
AZZATA, CHIEF LORRAINE HANNON, Chief
Of Support, DEPUTY INSPECTOR JOSEPH
MAGRANE, Commanding Officer, 1st Precinct,
DEPUTY INSPECTOR DANIEL FLANAGAN,
Commanding Officer, Police Academy,
LIEUTENANT HARUN BEGIS, Commanding

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P.
Fed. R. Civ. P. 41(a)(1)(A)(i)**

**16 Civ. 02484 (JMA)(AKT)**

**FILED
CLERK**

3/22/2018 11:57 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Officer, Firearms Training Unit, DETECTIVE
SERGEANT STEPHEN FITZPATRICK,
Homicide Squad, JOHN DOE POLICE OFFICERS
1-10; RICHARD ROE POLICE SUPERVISORS
1-10; JOHN DOES; and RICHARD ROES,

                              Defendants.
-------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Nella Rebello, as Administrator of the Estate of Andrea Rebello, Nella Rebello, individually,

Fernando Rebello, individually, and Jessica Rebello, and/or their counsel(s), hereby give notice

that the above captioned action is voluntarily dismissed *with prejudice* against Defendants Police

Office Nikolas Budimlic, Police Office Nicholas Zaharis, County of Nassau, Detective Martin J.

Helmke, Police Officer Joseph Avanzato, Police Officer Micheal Leone, Police Officer Marlon

Sanders, Police Officer Joseph Lobello, Police Officer Christopher Acquilino, Police Officer

Raymond Buttacavoli, Police Officer Daniel Healey, Police Officer Dennis Wunsch, Police

Officer Ronald Russo, Police Officer Officer D. Stellar, Police Officer Thomas Curtain, Police

Officer John Tucker, Police Sergeant Robert Cohen, Police Sergeant Richard Herman, Police

Officer J. Schoepfer, Police Officer E. Jacobsen, Police Officer D. McGarrigle, Thomas Dale,

former Commissioner of the Nassau County Police Department, Detective Frederick Goldman,

Detective Frank Ruvulo, Detective James Hendry, Detective Paul Pich, Detective Michael

Maloney, Detective Buffalino, Detective Sergeant Aquilina, Lt. John Azzata, Chief Lorraine

Hannon, Chief Of Support, Deputy Inspector Joseph McGrane, Commanding Officer, 1st

Precinct, Deputy Inspector Daniel Flanagan, Commanding Officer, Police Academy, Lieutenant

Harun Begis, Commanding Officer, Firearms Training Unit, Detective Sergeant Stephen

Fitzpatrick, Homicide Squad, John Doe Police Officers 1-10; Richard Roe Police Supervisors 1-

10; John Does and Richard Roes.

Dated: September 21, 2017

_____
David A. Roth
*Counsel for Plaintiffs*
Roth & Roth LLP
192 Lexington Avenue, Suite 1208
New York, New York 10016
(212) 425-1020

_____
Byron Lassin
*Counsel for Plaintiffs*
Law Offices of Byron Lassin
202-19 Jamaica Avenue
Hollis, New York 11423
(718) 651-0262

  Case closed.
*So Ordered:*

/s/ Joan M. Azrack         3/22/2018
_____
**Joan M. Azrack, U.S.D.J.**